**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:06CR98 |
| vs. | ) | |
| | ) | ORDER |
| JEROME ELLIS, | ) | |
| Defendant. | ) | |

Defendant Jerome Ellis appeared before the court on Friday, March 23, 2012 on a Petition for Warrant for Offender Under Supervision [116] and Amended Petition for Warrant or Summons for Offender Under Supervision [123]. The defendant was represented by Assistant Federal Public Defender Jeffrey Thomas and the United States was represented by Assistant U.S. Attorney Thomas J. Kangoir. Defendant waived his right to a preliminary examination. The government did not request detention. Therefore, the defendant will be released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Strom.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Senior Judge Strom in Courtroom No.5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **April 26, 2012 at 9:30 a.m.** Defendant must be present in person.

2. The defendant is to be released on current conditions of supervision.

DATED this 23rd day of March, 2012.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge