IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR98 |
| | ) | |
| v. | ) | |
| | ) | |
| JEROME ELLIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on a Report to the Court for Offender Under Supervision (Filing No. 116). The defendant admitted to allegation 1 set forth in the Petition for Warrant for Offender Under Supervision. Allegations 2 and 3 are dismissed. The Court found the defendant to be in violation of his conditions of supervised release. The Court then proceeded to the Final Disposition hearing.

IT IS ORDERED:

1) The defendant is sentenced to time served;

2) Defendant is placed back on Supervised Release with the same terms and conditions as previously imposed for 5 years with an additional conditions that the defendant complete 50 hours of community service.

DATED this 26th day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 201__.


_____

_____Signature of Defendant


## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__ to _____, with a certified copy of this judgment.


_____

_____ UNITED STATES WARDEN


By: _____


**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**


## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.


_____

_____ UNITED STATES WARDEN


By: _____